| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | CATHERINE J. SWANN<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA  95814 |
| 4 | Telephone: (916) 554-2762<br>Facsimile:  (916) 554-2900 |

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, *ex rel.,* JANE DOE, STATE OF CALIFORNIA, *ex rel.,* JANE DOE,<br><br>Plaintiffs,<br><br>v.<br><br>NEXXT SPINE, LLC; SUTTER MEDICAL CENTER; GEORGE PICETTI, M.D., and DOES 1 through 25,<br><br>Defendants. | CASE NO. 2:16-cv-2178 LEK<br><br>**ORDER ON THE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION** |

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

1. The complaint be unsealed and served upon the defendant by the relator;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting

(PROPOSED) ORDER ON THE UNITED
STATES' NOTICE OF ELECTION TO
DECLINE INTERVENTION

1

memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).  The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

      5.  The parties shall serve all notices of appeal upon the United States;

      6.  All orders of this Court shall be sent to the United States; and that

      7.  Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

      IT IS SO ORDERED.

DATE:  HONOLULU, HAWAII, October 20, 2020.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

(PROPOSED) ORDER ON THE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION

**CERTIFICATE OF SERVICE BY ELECTRONIC MAIL**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on October 19, 2020, she served a copy of:

**(PROPROSED) ORDER ON THE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION**

by sending via electronic mail to the following individual(s) at the noted email address(es), which is/are the last known address(es).

**Addressee(s):**

Mark Kleiman
mkleiman@quitam.org
Law Office of Mark Alan Kleiman
2907 Stanford Avenue
Venice, CA  90292

Jennifer Gregory
Jennifer.Gregory@doj.ca.gov
BMFEA
2329 Gateway Oaks Drive, Suite 200
Sacramento, CA 95833

                                            */s/ Catherine Swann*
                                            CATHERINE SWANN