**XAVIER BECERRA**
Attorney General of California
**VINCENT DICARLO**
Supervising Deputy Attorney General
**JENNIFER S. GREGORY**, State Bar No. 228593
Deputy Attorney General
 2329 Gateway Oaks Drive, Suite 200
 Sacramento, CA 95833
 Telephone: (916) 621-1823
 Fax: (916) 274-2929
 E-mail: Jennifer.Gregory@doj.ca.gov

*Attorneys for Plaintiff State of California*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA; STATE OF CALIFORNIA;** *ex rel.* **JANE DOE,**<br><br>Plaintiffs,<br><br>v.<br><br>**NEXXT SPINE, LLC; SUTTER MEDICAL CENTER; GEORGE PICETTI, M.D.; and DOES 1 through 25,**<br><br>Defendants. | Case No. 2:16-CV 2178 LEK<br><br>**ORDER RE: STATE OF CALIFORNIA'S NOTICE OF ELECTION TO DECLINE INTERVENTION** |

The State of California ("California"), having declined to intervene in this action, and pursuant to California's False Claims Act, the Court rules as follows.

IT IS HEREBY ORDERED that:

1. The *qui tam* Plaintiff shall serve the Complaint upon the Defendants.

2. The *qui tam* Plaintiff shall serve this Order and the accompanying Notice of Election to Decline Intervention upon the Defendants after service of the Complaint.

3. The parties shall serve all pleadings, motions, and appeals filed in this action, including supporting memoranda, upon California.

4. All orders of this Court shall be sent to California.

5. California may order any deposition transcripts, intervene at a later date for good cause shown, or move to dismiss *qui tam* Plaintiff's Complaint or claims.

6. Should the *qui tam* Plaintiff or any Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide California with notice and an opportunity to be heard before ruling or granting its approval.

**IT IS SO ORDERED.**



Dated: November 3, 2020

/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge