1 | Mark Allen Kleiman (#115919)
  | mkleiman@quitam.org
2 | Pooja Rajaram (#241777)
  | prajaram@quitam.org
3 | KLEIMAN / RAJARAM
  | 2525 Main Street, Suite 204
4 | Santa Monica, CA  90405
  | 310-392-5455
5 | 310-306-8491 (fax)

6 | Attorneys for Relator

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. JANE DOE; STATE OF CALIFORNIA, ex rel. JANE DOE,<br><br>Relator,<br><br>v.<br><br>NEXXT SPINE, LLC; SUTER MEDICAL CENTER; GEORGE PICETTI, M.D., and DOES 1 through 25,<br><br>Defendants. | CASE NO:  2:16-cv-2178 LEK<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

Upon the Relator JANE DOE's request for voluntary dismissal of this action with prejudice to the United States or the State of California, pursuant to Fed. R. Civ. Procedure Rule 41(a)(1)(A)(i) and 31 U.S.C. § 3720(B)(1), with the consent of the Attorneys General of the United States and the State of California,

IT IS HEREBY ORDERED that the Court consents to the dismissal of the action and dismisses and action without prejudice.

Dated:  December 1, 2020

/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

[PROPOSED] ORDER DISMISSING
CASE WITHOUT PREJUDICE
CASE NO. 2:16-CV-2178 LEK